Judge

We need clarification about wording of the Questions on the Verdict Document.

Filed at 3:13 PM
12-9, 2008

DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

Filed at 3:13 P M
12|09, 2008
Calston
DEPUTY CLERK, U.S. D...
MIDDLE DISTRICT OF GEORGIA

IF We Answer yes Question A Are we ruling for the Plantive or Defendant

Do we use a Blue Pin when Signing Verdict Document

IF YOU ANSWER YES TO QUESTION A, YOU ARE RULING FOR THE PLAINTIFF. THEN GO TO QUESTION C.

C. Ashley Royal
9 Dec 2008