THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PURSER TRUCK SALES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) | Civil Action <br> No. 5:07-CV-15(CAR) <br><br> Filed at 3:52 P.M. <br> 10-9, 2008 <br> DEPUTY CLERK, U.S. DISTRICT COURT <br> MIDDLE DISTRICT OF GEORGIA |

## SPECIAL INTERROGATORIES TO THE JURY

I.  **Jose Cabrera Transaction**

   A.   Has Plaintiff established by a preponderance of the evidence that it did not intentionally disregard its obligation to file a Form 8300 with respect to the sale of a vehicle to Jose Cabrera?

   _____   ✓
   YES            NO

*(If you answer "YES" to Part A, proceed to Part C and do not answer Part B)*

   B.   Has Plaintiff established by a preponderance of the evidence that its failure to file a Form 8300 with respect to the sale of a vehicle to Jose Cabrera was due to reasonable cause and not to willful neglect?

   _____   ✓
   YES            NO

1

C. Has Plaintiff established by a preponderance of the evidence that it did not intentionally disregard its obligation to provide a customer notification statement with respect to the sale of a vehicle to Jose Cabrera?

_____   ___✓_____
YES         NO

*(If you answer "YES" to Part C, proceed to Section II and do not answer Part D)*

D. Has Plaintiff established by a preponderance of the evidence that its failure to provide a customer notification statement with respect to the sale of a vehicle to Jose Cabrera was due to reasonable cause and not to willful neglect?

_____   ___✓_____
YES         NO

II. **James Garnto Transaction**

    A. Has Plaintiff established by a preponderance of the evidence that it did not intentionally disregard its obligation to file a Form 8300 with respect to the sale of a vehicle to James Garnto?

    _____ YES      ✓ NO

*(If you answer "YES" to Part A, proceed to Part C and do not answer Part B)*

    B. Has Plaintiff established by a preponderance of the evidence that its failure to file a Form 8300 with respect to the sale of a vehicle to James Garnto was due to reasonable cause and not to willful neglect?

_____ YES      ✓ NO

    C. Has Plaintiff established by a preponderance of the evidence that it did not intentionally disregard its obligation to provide a customer notification statement with respect to the sale of a vehicle to James Garnto?

_____ YES      ✓ NO

*(If you answer "YES" to Part C, proceed to Section III and do not answer Part D)*

    D. Has Plaintiff established by a preponderance of the evidence that its failure to provide a customer notification statement with respect to the sale of a vehicle to James Garnto was due to reasonable cause and not to willful neglect?

_____ YES      ✓ NO

3

### III.   Donald Ludlum Transaction

A.  Has Plaintiff established by a preponderance of the evidence that it did not intentionally disregard its obligation to file a Form 8300 with respect to the sale of a vehicle to Donald Ludlum?

_____   ___✓_____
YES              NO

*(If you answer "YES" to Part A, proceed to Part C and do not answer Part B)*

B.  Has Plaintiff established by a preponderance of the evidence that its failure to file a Form 8300 with respect to the sale of a vehicle to Donald Ludlum was due to reasonable cause and not to willful neglect?

_____   ___✓_____
YES              NO

C.  Has Plaintiff established by a preponderance of the evidence that it did not intentionally disregard its obligation to provide a customer notification statement with respect to the sale of a vehicle to Donald Ludlum?

_____   ___✓_____
YES              NO

*(If you answer "YES" to Part C, proceed to Section IV and do not answer Part D)*

D.  Has Plaintiff established by a preponderance of the evidence that its failure to provide a customer notification statement with respect to the sale of a vehicle to Donald Ludlum was due to reasonable cause and not to willful neglect?

_____   ___✓_____
YES              NO

IV. **James V. Horn Transaction**

    A.    Has Plaintiff established by a preponderance of the evidence that it did not intentionally disregard its obligation to file a Form 8300 with respect to the sale of a vehicle to James V. Horn?

                  _____       ____✓_____
                       YES                         NO

*(If you answer "YES" to Part A, proceed to Part C and do not answer Part B)*

    B.    Has Plaintiff established by a preponderance of the evidence that its failure to file a Form 8300 with respect to the sale of a vehicle to James V. Horn was due to reasonable cause and not to willful neglect?

                  _____       ____✓_____
                       YES                         NO

    C.    Has Plaintiff established by a preponderance of the evidence that it did not intentionally disregard its obligation to provide a customer notification statement with respect to the sale of a vehicle to James V. Horn?

                  _____       ____✓_____
                       YES                         NO

*(If you answer "YES" to Part C, proceed to Section V and do not answer Part D)*

    D.    Has Plaintiff established by a preponderance of the evidence that its failure to provide a customer notification statement with respect to the sale of a vehicle to James V. Horn was due to reasonable cause and not to willful neglect?

                  _____       ____✓_____
                       YES                         NO

V.  **Tracy Hightower Transaction**

    A.  Has Plaintiff established by a preponderance of the evidence that it did not intentionally disregard its obligation to file a Form 8300 with respect to the sale of a vehicle to Tracy Hightower?

| YES | ✓ NO |
|---|---|

*(If you answer "YES" to Part A, proceed to Part C and do not answer Part B)*

    B.  Has Plaintiff established by a preponderance of the evidence that its failure to file a Form 8300 with respect to the sale of a vehicle to Tracy Hightower was due to reasonable cause and not to willful neglect?

| YES | ✓ NO |
|---|---|

    C.  Has Plaintiff established by a preponderance of the evidence that it did not intentionally disregard its obligation to provide a customer notification statement with respect to the sale of a vehicle to Tracy Hightower?

| YES | ✓ NO |
|---|---|

*(If you answer "YES" to Part C, do not answer Part D)*

    D.  Has Plaintiff established by a preponderance of the evidence that its failure to provide a customer notification statement with respect to the sale of a vehicle to Tracy Hightower was due to reasonable cause and not to willful neglect?

| YES | ✓ NO |
|---|---|